1 | ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
2 | 840 Apollo Street, Suite 307
El Segundo, California 90245
3 | Telephone: (310) 322-1696
Facsimile: (310) 322-3039
4 | E-mail: rrr55@sbcglobal.net

5 | DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
6 | 3460 Ocean View Boulevard, Suite F
Glendale, California 91208
7 | Telephone: (818) 265-0525
Facsimile: (818) 249-2788
8 | E-mail: D.Rihn@att.net

9 | Attorneys for Plaintiff Mario Ferrer

11 UNITED STATES DISTRICT COURT

12 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO FERRER, | CASE NO: CV 09-00308 VBF (VBKx) |
| Plaintiff, | JUDGMENT |
| vs. | (RULE 54, FEDERAL RULES OF CIVIL PROCEDURE) |
| SPRING HOUSE CARE, INC., a business entity; ZAREEN FAIZ, an individual, and DOES 1 through 100, inclusive, | COURTROOM: 9 |
| Defendants. | JUDGE: THE HONORABLE VALERIE BAKER FAIRBANK |

[Proposed} Judgment

This action came on regularly for trial on October 20, 2009, and October 21, 2009, in Courtroom 9 of the United States District Court, the Honorable Valerie Baker Fairbank, United States District Court Judge Presiding. All parties having waived trial by jury, the Court served as the trier of fact. Robert R. Ronne and Dennis W. Rihn appeared as attorneys for Plaintiff Mario Ferrer. Stephen A. Madoni appeared as attorney for Defendant Zareen Faiz.

Witnesses were sworn and testified. Documents were introduced and admitted into evidence. After hearing and considering the evidence presented, and the arguments of counsel, the Court announced its tentative decision, and has executed a statement of decision, and now enters judgment consistent with such decision as follows:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

Judgment is in favor of Plaintiff Mario Ferrer and against Defendant Zareen Faiz, on the second cause of action, in the amount of $108,256.12. Such sum is comprised of the following amounts: (a) unpaid wages in the amount of $51,851.80, (b) liquidated damages in the amount of $51,851.80, and (c) prejudgment interest in the amount of $4,552.52.

In addition to the foregoing amount, Plaintiff Mario Ferrer shall recover costs of suit and reasonable attorney's fees as determined by the Court upon noticed motion.

DATED: October 27, 2009

_____
THE HONORABLE VALERIE BAKER
FAIRBANK, UNITED STATES DISTRICT
JUDGE