1 | ROBERT R. RONNE, ESQ. (SBN 092884)                          JS-6
LAW OFFICE OF ROBERT R. RONNE, APC
2 | 840 Apollo Street, Suite 307
El Segundo, California 90245
3 | Telephone: (310) 322-1696
Facsimile: (310) 322-3039
4 | E-mail: rrr55@sbcglobal.net

5 | DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
6 | 215 N. Marengo Avenue
Suite 376
7 | Pasadena, CA 91101
Telephone: (818) 265-0525
8 | Facsimile: (626) 356-7414
E-mail: D.Rihn@att.net

9 |

10 | Attorneys for Plaintiff Mario Ferrer

11 |                    UNITED STATES DISTRICT COURT

12 |                    CENTRAL DISTRICT OF CALIFORNIA

13 |

14 | MARIO FERRER,                          )   CASE NO:  CV 09-00308 VBF (VBKx)
                                           )
15 |                    Plaintiff,          )   ORDER OF DISMISSAL OF SPRING
                                           )   HOUSE CARE, INC.
16 |                                        )
           vs.                             )
17 |                                        )   COURTROOM: 9
SPRING HOUSE CARE, INC., a              )
18 | business entity; ZAREEN FAIZ, an       )   JUDGE: THE HONORABLE VALERIE
individual, and DOES 1 through         )   BAKER FAIRBANK
19 | 100, inclusive,                         )
                                           )
20 |                    Defendants.         )
     _____   )
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1      Based upon the written settlement of the parties, and the stipulation of the

2   parties, and good cause appearing therefor, it is ordered: Spring House Care, Inc. is

3   dismissed.

4      This case is closed.

5

6   DATED:   March 17, 2010

7                                                    HONORABLE  VALERIE BAKER
    FAIRBANK, UNITED STATES
8                                                    DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Proposed Order of Dismissal